# THE MARKS LAW FIRM, P.C.

1325 Avenue of the Americas, 14th Floor, New York, NY 10019
EMAIL rmadnick@markslawpc.com TEL (646) 770–3775

August 24, 2026

***FILED VIA ECF***
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

RE: *Brown v. 207 Beauty Inc., et al.*
Civil Case No.: 1:26-cv-05634-LJL

Dear Judge Liman,

Pursuant to Section 1(D) of Your Honor's Individual Rules of Practice, Plaintiff and appearing Defendant 207 East 14th Street Realty respectfully request an adjournment of the Initial Conference currently scheduled for September 2, 2026 [Dkt. 14], and of all corresponding submission deadlines, to **October 16, 2026**, or to such other date as is convenient for the Court.

On August 10, 2026, Plaintiff filed an Amended Complaint adding 207 Beauty Inc. as the correct tenant of the subject Premises [Dkt. Nos. 7–10]. On August 11, 2026, Megan K. Foster, Esq., of Molod Spitz & DeSantis, P.C., filed an Answer captioned on behalf of all Defendants [Dkt. No. 11]. On August 17, 2026, counsel advised that the filing was inadvertent as to 207 Beauty Inc. and that the representation was only as to Defendant 207 East 14th Street Realty, the landlord. Ms. Foster's office has advised that it intends to file an amended answer correcting the record to reflect that it appears solely on behalf of Defendant 207 East 14th Street Realty. Although Defendant 207 East 14th Street Realty may amend its Answer once as of right under Rule 15(a)(1)(A), to the extent leave is required, Defendant respectfully requests leave to file the amended answer, and Plaintiff consents to the request.

Moreover, to date, no appearance has been filed on behalf of Defendant 207 Beauty Inc., and no communication has been established with that Defendant, although counsel may appear for it shortly.

The requested adjournment will permit the record as to Defendant 207 East 14th Street Realty's representation to be corrected, permit Defendant 207 Beauty Inc.'s appearance status to be resolved, and allow all appearing parties to meaningfully confer on a proposed Case Management Plan, which cannot presently be prepared on a truly joint basis with a party that has neither appeared nor been reached. This is the first request for an adjournment of the Initial Conference, and no prior request has been made or denied. The adjournment does not affect any other scheduled date. Counsel for Defendant 207 East 14th Street Realty consents to this request; Defendant 207 Beauty Inc.'s position could not be obtained for the reasons stated above.

We thank the Court for its attention and consideration.

Respectfully Submitted,

Richard M. Madnick, Esq.

The letter motion is GRANTED. Defendants are granted leave to file the amended answer by August 28, 2026. The Initial Pretrial Conference is RESCHEDULED to October 16, 2026 at 10:00 a.m. The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Parties are to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 24, 2026